DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RAYMUNDO OROZCO-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-10-136-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| RAYMUNDO OROZCO-HERNANDEZ, ) | |
| ) | Date:  May 24, 2010 |
| Defendant. ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RAYMUNDO OROZCO-HERNANDEZ, that the status conference hearing date of May 24, 2010 be vacated, and the matter be set for status conference on June 21, 2010 at 8:30 a.m.

    The reason for this continuance is to allow both counsel additional time to receive the PSR and plea agreement, and then to review it with the defendant.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 21, 2010 pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.

3  
4  DATED:   May 21, 2010.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
5                                            Federal Public Defender

6  

7                                            /s/ Caro Marks
                                             CARO MARKS
8                                            Designated Counsel for Service
                                             Attorney for RAYMUNDO OROZCO-HERNANDEZ
9  

10 DATED:   May 21, 2010.                    BENJAMIN WAGNER
                                             United States Attorney
11 

12 
                                             /s/ Caro Marks for
13                                           MICHAEL ANDERSON
                                             Assistant U.S. Attorney
14                                           Attorney for Plaintiff

15 

16 

17                                    ORDER

18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the May 24, 2010,  status conference hearing be continued
20 to June 21, 2010, at 10:00 a.m.  Based on the representation of defense
21 counsel and good cause appearing there from, the Court hereby finds
22 that the failure to grant a continuance in this case would deny defense
23 counsel reasonable time necessary for effective preparation, taking
24 into account the exercise of due diligence.  The Court finds that the
25 ends of justice to be served by granting a continuance outweigh the
26 best interests of the public and the defendant in a speedy trial.  It
27 is ordered that time up to and including the June 21, 2010 status
28 conference shall be excluded from computation of time within which the

1 | trial of this matter must be commenced under the Speedy Trial Act
2 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
3 | to allow defense counsel reasonable time to prepare.
4 | Dated:  May 21, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE